**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON**

IN RE:

**ROBERT KENNETH GREENE
MARILYN C. GREENE**

**DEBTORS**                                           **CASE NO.  09-50245**

### ORDER

In accordance with the court's memorandum opinion this day entered, IT IS HEREBY ORDERED:

1. The motion of the debtors, pursuant to 11 U.S.C. § 706, to convert their chapter 7 case to one under chapter 13 of the U.S. Bankruptcy Code (Document # 40) is OVERRULED.

2. The motion of the creditors Insurance Services & Management, Inc. and Insurance Services & Management (KY), Inc. (collectively, "ISM"), pursuant to 11 U.S.C. § 707, to dismiss the debtors' chapter 7 case on the basis of bad faith (Document # 28) is SUSTAINED.

3. The court having sustained the motion to dismiss, the motion of the chapter 7 trustee ("trustee") to compel turnover (Document # 35) is MOOT.

4. The court having sustained the motion to dismiss, the trustee's application to employ an auctioneer (Document # 34) is MOOT.

5. The court having sustained the motion to dismiss, the renewed motion of ISM for modification of the automatic stay pursuant to 11 U.S.C. § 362(d) (Document # 72) is MOOT.

Copies to:

Elizabeth L. Thompson, Esq.
  Erica N. Galyon, Esq.
Dean A. Langdon, Esq.
  Megan M. McLain, Esq.
Anna C. Johnson, Esq.
Philip L. Hanrahan, Esq.
Kathryn Warnecke Ryan, Esq.

2

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
*The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.*



**Signed By:**
*Joseph M. Scott*
**Bankruptcy Judge
Dated: Friday, May 01, 2009
(jms)**